CHARLES E. BALL et al., as Surviving Partners of the Firm of BALL & WHICHER, Appellants, v. HENRY A. ENSIGN, as Surviving Partner of the Firm of E. D. SHEPARD & COMPANY, Respondent.

*Ball* v. *Ensign*, 150 App. Div. 929, affirmed.
(Argued March 6, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover moneys alleged to have been paid under a mistake of fact.

*H. Aaron* for appellants.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN and HOGAN, JJ. Not sitting:
MILLER, J.